UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Guaraca Balla Jean Carlos a.k.a Carlos
Morales-Morales,

                              Petitioner,

          -against-

LaDeon FRANCIS, New York Field Office
Director for U.S. Immigration and Customs
Enforcement; Pamela BONDI, Attorney
General of the United States; Kristi NOEM,
Secretary of Homeland Security; and Todd M.
LYONS, Acting Director, U.S. Immigration
and Customs Enforcement,

                              Respondents.

25-CV-10757 (JGK) (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:


        The parties are ordered to appear for a teleconference **today, December 30, 2025, at 3:00
PM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID:
**576 060 483**, followed by the pound (#) sign.



        SO ORDERED.


Dated:  December 30, 2025
        New York, New York



                                                _____
                                                ARUN SUBRAMANIAN
                                                United States District Judge