UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Guaraca Balla Jean Carlos a.k.a Carlos Morales-Morales,<br><br>                     Petitioner,<br><br>-against-<br><br>LaDeon FRANCIS, New York Field Office Director for U.S. Immigration and Customs Enforcement; Pamela BONDI, Attorney General of the United States; Kristi NOEM, Secretary of Homeland Security; and Todd M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>                     Respondents. | 25-CV-10757 (JGK) (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court orders that the case is hereby TRANSFERRED to the United States District Court for the District of New Jersey. 28 U.S.C. § 1404(a). Petitioner was detained in the District of New Jersey at the time his petition was filed on December 29, 2025, so venue is proper in that district. Petitioner has consented to the transfer.

    To preserve counsel's access to Petitioner and facilitate resolution of the Petition, Respondents shall not transfer Petitioner outside of the District of New Jersey absent further order of this Court or the District of New Jersey. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV- 2 4828 (DEH), 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205-WJM-STV, 2025 WL 2280357, at *14–16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117-BLF, 2025 WL 2677125, at *8–9, *11 (N.D. Cal. Sept. 18, 2025) (same).

    The Clerk of Court is respectfully directed to transfer the case immediately, waiving the waiting period under Local Civil Rule 83.1.

    SO ORDERED.

Dated: December 30, 2025
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                          United States District Judge